**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

FADA BEREUS,

Petitioner,

v.

DAVID VENTURELLA, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*, et al.,

Respondents.

Case No. 1:26-CV-1151

Judge Michael R. Barrett

**ORDER**

This matter is before the Court on Respondents' Notice of November 19, 2026. (Doc. 9). The record reflects that Petitioner Fada Bereus was released from custody, pursuant to the Court's grant of habeas corpus relief. (Doc. 8).

Accordingly, Respondents' obligations are **DISCHARGED**, and this matter is **CLOSED**.[1]

**IT IS SO ORDERED.**

*/s/ Michael R. Barrett*
Michael R. Barrett
United States District Judge

[1] The Court will retain jurisdiction to enforce its grant of relief and adjudicate any collateral issues, including timely fee petitions under the Equal Access to Justice Act, 28 U.S.C. § 2412. *See, e.g.*, *Cooter & Gell v. Hartmax Corp.*, 496 U.S. 384, 395 (1990).